In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of WAGER J. HULL, Deceased.

IDA M. HULL, as Executrix, Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Hull,* 111 App. Div. 322, affirmed.
(Argued November 12, 1906; decided November 27, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 12, 1906, which reversed a decree of the Westchester County Surrogate's Court fixing a transfer tax on the estate of Wager J. Hull, deceased.

*Albert Ritchie* and *Joseph W. Middlebrook* for appellant.

*Charles H. Lovett* and *Frank M. Buck,* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.